**No. 25-5130**                                        **September Term, 2024**

1:25-cv-00511-CRC

**Filed On: June 18, 2025**

In re: U.S. DOGE Service, et al.,

      Petitioners

      **BEFORE:**     Henderson, Wilkins, and Childs, Circuit Judges

# O R D E R

Upon consideration of respondent's motion for summary disposition filed in response to the Supreme Court's remand order filed June 6, 2025, it is

**ORDERED**, on the court's own motion, that petitioners file a response to the motion by June 25, 2025. Any reply to the response is due on June 30, 2025.

## Per Curiam

                                                      **FOR THE COURT:**
                                                      Clifton B. Cislak, Clerk

                                   BY:    /s/
                                                    Scott H. Atchue
                                                    Deputy Clerk