# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 8, 2025

Clerk
United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave., NW, Room 5205
Washington, DC 20001-2866

      Re:  U.S. Doge Service, et al.
           v. CREW
           No. 24-1246 (Your docket No. 25-5130)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                        Sincerely,

                        SCOTT S. HARRIS, Clerk

                        By

*/s/ M. Altner*
M. Altner
Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 30, 2025

Mr. D. John Sauer, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Mr. Nikhel Suresh Sus, Esq.
Citizens for Responsibility
  & Ethics in Washington
P.O. Box 14596
Washington, D.C. 20044

  Re: U.S. Doge Service, et al.
     v. CREW
     No. 24-1246

Dear Counsel:

  Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the District of Columbia Circuit.

        Sincerely,

        SCOTT S. HARRIS, Clerk

        By

        M. Altner
        Assistant Clerk – Judgments

cc: Clerk, D.C. Cir.
   (Your docket No. 25-5130)

# Supreme Court of the United States

No. 24–1246

**U.S. DOGE SERVICE, ET AL.,**

Petitioners

*v.*

**CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the District of Columbia Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated, and the case is remanded to the United States Court of Appeals for the District of Columbia Circuit for further consideration in light of this order. Cf. *In re United States,* 583 U. S. 29 (2017) (*per curiam*).

June 6, 2025

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States