# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5130**                        **September Term, 2025**

1:25-cv-00511-CRC

**Filed On:** October 28, 2025

In re: U.S. DOGE Service, et al.,

       Petitioners

### O R D E R

Upon consideration of the petition for rehearing or rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, respondent file a response to the petition for rehearing or rehearing en banc. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk