# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5130**　　　　　　　　　　　**September Term, 2025**

**1:25-cv-00511-CRC**

**Filed On:** December 18, 2025

In re: U.S. DOGE Service, et al.,

    Petitioners

**BEFORE:**　Henderson, Wilkins, and Childs, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing and the response thereto, it is

**ORDERED** that the petition be denied.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:　/s/
Daniel J. Reidy
Deputy Clerk