# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 25-5130** | **September Term, 2025** |
| | **1:25-cv-00511-CRC** |
| | **Filed On:** December 18, 2025 |

In re: U.S. DOGE Service, et al.,

    Petitioners

**BEFORE:**    Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc and the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                            BY:    /s/
                                              Daniel J. Reidy
                                              Deputy Clerk