# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 20, 2026

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

      Re:   Department of Government Efficiency Service, et al.
           v. United States District Court for the District of Columbia, et al.
           No. 25-1103
           (Your No. 25-5130)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 18, 2026 and placed on the docket March 20, 2026 as No. 25-1103.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst